UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PLENNEY P. BARKDULL                                                                                                PLAINTIFF
ADC #166596

V.                                                       No. 3:20CV00181-JM

SUSAN COX-DUFFEL, Nurse; and
TRISHA MARSHALL, Poinsett County Jail                                                            DEFENDANT

## ORDER

Plaintiff Plenney P. Barkdull has not complied with the October 30, 2020 Order directing him to file a notice of his current mailing address and, if he has been released, to either pay the filing fee or file a free-world application to proceed *in forma pauperis*. Doc. 12. The time to do so has passed. Mail sent to Barkdull at his address of record, the Poinsett County Detention Center, has been returned as undeliverable, with no forwarding address. *Docs. 11, 13 & 14*.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41 (b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 1st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE