UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PLENNEY P. BARKDULL                                                                                    PLAINTIFF
ADC #166596

V.                                            No. 3:20CV00181-JM

SUSAN COX-DUFFEL, Nurse; and
TRISHA MARSHALL, Poinsett County Jail                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

IT IS SO ORDERED this 1st day of December, 2020.

_____
UNITED STATES DISTRICT JUDGE